UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **2:26-cv-03026-VBF-CTS** Date: **September 18, 2026**

Title **Hank Richard Coronel v. E. Baltazar**

Present: The Honorable CHRISTINA T. SHAY, United States Magistrate Judge

| Marina Moreno-Carrillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order to Show Cause Why This Court Should Not Recommend Dismissal**

On August 5, 2026, the Court issued an Order Dismissing First Amended Complaint with Leave to Amend ("Order"). (ECF No. 12.) The Court dismissed Plaintiff's First Amended Complaint (ECF No. 11) with leave to amend and provided Plaintiff with the opportunity to file a Second Amended Complaint ("SAC") by no later than September 4, 2026. (Order 4.) The Court cautioned Plaintiff that failure to file an amended complaint "**may result in the dismissal of this action for failure to prosecute and/or comply with a court order.**" (*Id.* at 5.)

To date, Plaintiff has not responded to the Order. Plaintiff is **ORDERED TO SHOW CAUSE** by **October 19, 2026** why the Court should not recommend that the case be dismissed for want of prosecution. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Plaintiff files a SAC or a Notice of Dismissal (form attached to this order) on or before that date, this Order to Show Cause will be discharged, and no additional action needs to be taken.

**Again, Plaintiff is advised that failure to comply with this order may result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**. ***See*** **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

<u>Attachment</u>

Notice of Dismissal