UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **2:26-cv-03026-VBF-CTS** Date: **October 27, 2026**

Title **Hank Richard Coronel v. E. Baltazar**

Present: The Honorable CHRISTINA T. SHAY, United States Magistrate Judge

| Deyanira Vasquez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): Order to Show Cause Why This Court Should Not Recommend Dismissal**

On August 5, 2026, the Court issued an Order Dismissing First Amended Complaint with Leave to Amend ("Order"). (ECF No. 12.) The Court dismissed Plaintiff's First Amended Complaint (ECF No. 11) and provided Plaintiff with the opportunity to file a Second Amended Complaint ("SAC") by no later than September 4, 2026. (Order 4.) The Court cautioned Plaintiff that failure to do so "**may result in the dismissal of this action for failure to prosecute and/or comply with a court order.**" (*Id.* at 5.) On September 18, 2026, the Court ordered Plaintiff to show cause why the Court should not recommend dismissal for failure to prosecute, no later than October 19, 2026 ("OSC"). (ECF No. 14.) To date, Plaintiff has not filed a SAC or responded to the Order or OSC. The Court gives Plaintiff one final opportunity to do so.

Plaintiff is again **ORDERED TO SHOW CAUSE** by **November 11, 2026** why the Court should not recommend that the case be dismissed for want of prosecution. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Plaintiff files a SAC or a Notice of Dismissal (form attached to this order) on or before that date, the prior OSC and this Order to Show Cause will be discharged, and no additional action needs to be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachment
Notice of Dismissal